IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH WROMAS, JR.,**
**D.O.C. # M09561,**

    *Plaintiff*,

v.                                                                  Case No.: 3:25cv891-MW/ZCB

**SERGEANT BARKER, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections, ECF No. 9. Notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge's recommendation that this case is due to be dismissed based on Plaintiff's misstatement of his prior litigation history, given this Court's inherent authority to manage its docket and enforce the local rules.

In so doing, this Court need not determine whether Plaintiff's failure to truthfully disclose his litigation history is also malicious under 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1), although the facts of this case appear to mirror an example of maliciousness proposed by Judge Newsom in a recent concurring

opinion addressing this issue. *See McNair v. Johnson*, --- F. 4th ---, 2025 WL 1923126, at *6 (11th Cir. 2025) (Newsom, J., concurring).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted in part and rejected in part,** over the Plaintiff's objections, as this Court's opinion. Pursuant to this Court's inherent authority to manage its docket and enforce the local rules, Plaintiff's case is due to be dismissed without prejudice. In so doing, this Court emphasizes the Magistrate Judge's explanation regarding the need for honesty in disclosing litigation history and the purposes that the prior litigation portion of the complaint form serve. ECF No. 8 at 7–8. The balance of the report and recommendation is **rejected**. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the local rules, based on Plaintiff's failure to truthfully disclose his prior litigation history." The Clerk shall close the file.

**SO ORDERED on July 16, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**